# UNITED STATES DISTRICT COURT
Northern District of Texas

| | | |
|---|---|---|
| C. MARIO JARAMILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br>**PLAINTIFF**<br><br>VS.<br><br>AT&T, INC.<br>**DEFENDANT** | § § § § § § § § § § | CAUSE NO. 3:24-cv-00761-G |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

This SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT for AT&T, INC. c/o Registered Agent CT CORPORATION SYSTEM was received by me on Monday, April 1, 2024 at 4:44 PM.

I delivered the above-mentioned documents to Intake Specialist: Tierica Williams, authorized to accept service who represented that they were authorized to accept service on behalf of AT&T, INC. c/o Registered Agent CT CORPORATION SYSTEM on Tuesday, April 2, 2024 at 2:17 PM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, April 2, 2024

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1015 Devonshire Drive South
Forney, TX 75126

ATT002
DocID: P320964_1